UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMIRA MEKA,

    Plaintiff,

v.

DAYCO PRODUCTS LLC,

    Defendant.
_____/

Case No. 2:23-cv-11437

Honorable Susan K. DeClercq
United States District Judge

## JUDGMENT

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Defendant's Motion to Dismiss, ECF No. 11, is **GRANTED**.

Further, it is **ORDERED** that Counts I and II of Plaintiff's Amended Complaint, ECF No. 9, are **DISMISSED WITH PREJUDICE**.

Further, it is **ORDERED** that Count III of Plaintiff's Amended Complaint, ECF No. 9, is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: 07/26/2024